# PATENT ASSIGNMENT COVER SHEET

Exhibit B

Electronic Version v1.1  
Stylesheet Version v1.2  
EPAS ID: PAT7741876

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | RELEASE OF SECURITY INTEREST |

### CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| MONONA BANK | 01/11/2023 |

### RECEIVING PARTY DATA

| Name: | MANDLI COMMUNICATIONS, INC. |
|---|---|
| Street Address: | 2655 RESEARCH PARK DR |
| City: | FITCHBURG |
| State/Country: | WISCONSIN |
| Postal Code: | 53711 |

### PROPERTY NUMBERS Total: 8

| Property Type | Number |
|---|---|
| Patent Number: | 6891960 |
| Patent Number: | 7515736 |
| Patent Number: | 7995796 |
| Patent Number: | 8660311 |
| Patent Number: | 8860944 |
| Patent Number: | 9335255 |
| Patent Number: | 9671328 |
| Patent Number: | 9989457 |

### CORRESPONDENCE DATA

**Fax Number:** (608)283-1709

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*

**Phone:** 6082579521  
**Email:** docket_chussin@boardmanclark.com  
**Correspondent Name:** CHRISTOPHER J. HUSSIN BOARDMAN & CLARK LLP  
**Address Line 1:** 1 S. PINCKNEY STREET, STE. 410  
**Address Line 4:** MADISON, WISCONSIN 53703

| NAME OF SUBMITTER: | CHRISTOPHER J. HUSSIN |
|---|---|
| SIGNATURE: | /Chris hussin/ |
| DATE SIGNED: | 01/13/2023 |

| | This document serves as an Oath/Declaration (37 CFR 1.63). |
|---|---|
| **Total Attachments: 3** source=Security Release (A4768552x9DEB4)#page1.tif source=Security Release (A4768552x9DEB4)#page2.tif source=Security Release (A4768552x9DEB4)#page3.tif | |

PATENT
REEL: 062371 FRAME: 0361

## RELEASE OF PATENT SECURITY INTEREST

This RELEASE OF PATENT SECURITY INTEREST ("**Release**") is made and effective as of January 11, 2023, and granted by Monona Bank (the "**Secured Party**"), in favor of Mandli Communications, Inc., (the "**Grantor**") and its successors, assigns and legal representatives.

WHEREAS, in connection with indebtedness related Loan No. 10021798-70371, dated as of August 15, 2017, by and between the Grantor and the Secured Party, the Grantor executed and delivered to the Secured Party a Commercial Security Agreement dated as of August 15, 2017 (the "**Security Agreement**");

WHEREAS, pursuant to the Security Agreement, the Grantor pledged and granted to the Secured Party a security interest in and to all of the right, title and interest of such Grantor in, to and under the Patent Collateral (as defined below);

WHEREAS, the Security Agreement was recorded with the United States Patent and Trademark Office at Reel 043389, Frame 0947 on August 24, 2017; and

WHEREAS, the Grantor has requested that the Secured Party enter into this Release in order to effectuate, evidence and record the release and reassignment to the Grantor of any and all right, title and interest the Secured Party may have in the Patent Collateral pursuant to the Security Agreement.

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Secured Party, its successors, legal representatives and assigns, hereby terminates the Security Agreement and terminates, releases and discharges any and all security interests that it has pursuant to the Security Agreement in any and all right, title and interest of the Grantor, and reassigns to the Grantor any and all right, title and interest that it may have, in, to and under the patents and patent applications described in Schedule A attached and patentable inventions and improvements disclosed or described therein (collectively, the "**Patents**"), all continuations, continuations-in-part, divisions, renewals, extensions, substitutions, reissuances and their legal equivalents of the Patents filed in the United States or in any foreign country for the full term or terms for which the same may be granted, in all rights to income, royalties, profits, awards, fees, payments, damages, licenses or other rights relating to the Patents, including the right to sue for past, present or future infringement, the right to make, use or sell the inventions disclosed or claimed therein, in all other rights and goodwill relating to the Patents, in all general intangibles, intellectual and other intangible or tangible property of Grantor of any kind or nature, associated with, arising from, pertaining to or accruing under any of the foregoing, including all rights provided by the law of any applicable jurisdiction in the United States, throughout the world and pursuant to international treaties and conventions and otherwise, and in all products, supporting obligations and proceeds of the foregoing (the "**Patent Collateral**").

[SIGNATURE PAGE FOLLOWS]

**IN WITNESS WHEREOF**, Grantor has caused this Release to be duly executed and delivered by its officer thereunto duly authorized as of the date first above written.

MONONA BANK

By: _____

Name: Ten Luwoeser

Title: SVP

2

PATENT
REEL: 062371 FRAME: 0363

## SCHEDULE A

## PATENTS

**Patents**

| Patent Numbers | Date of Patent | Application No. | Date Filed |
|---|---|---|---|
| US6891960 | May 10, 2005 | 09/928,218 | August 10, 2001 |
| US7515736 | April 7, 2009 | 11/056,926 | February 11, 2005 |
| US7995796 | August 9, 2011 | 12/419,843 | April 7, 2009 |
| US8660311 | February 25, 2014 | 13/205,337 | August 8, 2011 |
| US8860944 | October 14, 2014 | 14/025,614 | September 12, 2013 |
| US9335255 | May 10, 2016 | 14/512,735 | October 13, 2014 |
| US9671328 | June 6, 2017 | 15/148,722 | May 6, 2016 |

**Patent Application**

| Application Serial Number | Date Filed | Patent Number |
|---|---|---|
| 15/595,594 | May 15, 2017 | US9,989,457 |